UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WINSTONG FRANCOIS,

   Petitioner,

v.         Case No.: 2:26-cv-1094-SPC-DNF

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

   Respondent.

           /

## **ORDER**

Before the Court is the government's Motion to Dismiss (Doc. 4), which asks the Court to either dismiss or transfer Petitioner Winstong Francois's Petition for Writ of Habeas Corpus (Doc. 1). Francois is a noncitizen in immigration detention. His petition—dated March 26, 2026—purports to challenge his detention in Florida Soft Side South Detention Center, but the respondents demonstrate that Francois has been detained at the California City Corrections Center in Kern County, California since March 9, 2026. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should…file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004). The Court thus finds this action should be transferred to the Eastern District of Florida,

sitting in Fresno, California.   28 U.S.C. § 2241(a).

Accordingly, it is

**ORDERED:**

1.  The government's Motion to Dismiss (Doc. 4) is **granted in part**.

2.  Under 28 U.S.C. § 1631 this case is **TRANSFERRED** to the Eastern District of California – Fresno Division for all further proceedings.

3.  The Clerk is **DIRECTED** to forward the file to that District, deny any motions as moot, terminate the deadlines, and close the Fort Myers file.

   **DONE** and **ORDERED** in Fort Myers, Florida on April 20, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:   All Parties of Record

2